Melvin S. MULDROW, Sr.,
Plaintiff–Appellant,

v.

Parris GLENDENING, Govenor; Stewart Q. Simms, Commissioner P.S.; Richard A. Lanham, Sr., Commissioner D.C.; Ralph Logan, Warden; Major Fernandez, Shift Commander; S. FOSTER, S–Sec Reg C.O. II; L. Brisco, C.O. 1, Defendants–Appellees.

No. 01–7428.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 26, 2001.

Decided Dec. 19, 2001.

Melvin S. Muldrow, Sr., Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Glenn T. Marrow, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Melvin S. Muldrow, Sr., appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint and denying his motion to alter or amend the judgment. We have reviewed the record and the district court's memorandum and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Muldrow v. Glendening,* No. CA–00–2416–PJM (D. Md., filed July 19, 2001, entered July 20, 2001, & filed Aug. 13, 2001, entered Aug. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*